**Opinion filed February 14, 2014**



## In The

# Eleventh Court of Appeals

_____

## No. 11-14-00022-CR
_____

### BRUCE DOUGLAS WILSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 90th District Court**

**Stephens County, Texas**

**Trial Court Cause No. 29,363**

### M E M O R A N D U M   O P I N I O N

Bruce Douglas Wilson has filed a pro se notice of appeal from the trial court's denial of Wilson's motion for "time cut." We dismiss the appeal.

The clerk of this court wrote Wilson on January 23, 2014, and informed him that the order from which he was attempting to appeal did not appear to be an appealable order. We requested that Wilson respond on or before February 7,

2014, and show grounds to continue the appeal. Wilson has filed a response, but he has not shown grounds upon which this appeal may continue.

An appellate court has jurisdiction to consider an appeal by a criminal defendant from a final judgment of conviction or as otherwise authorized by law. *Abbott v. State*, 271 S.W.3d 694, 696–97 (Tex. Crim. App. 2008). We can find no authority that would permit this court to exercise jurisdiction in an appeal from a postconviction order denying a request for a "time cut." *See id.* (holding that court of appeals had no jurisdiction in appeal from trial court's postjudgment order denying time-credit motion). Consequently, we have no jurisdiction to entertain this appeal.

The appeal is dismissed for want of jurisdiction.

PER CURIAM

February 14, 2014

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.